**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ALI KAFI FORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:23-CV-349 |
| | § | |
| NEDERLAND CHEMICAL, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ali Kafi Ford, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed for failure to state a claim upon which relief may be granted. Additionally, the magistrate judge recommended declining the exercise of supplemental jurisdiction. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. The exercise of supplemental jurisdiction is **DECLINED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 17th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE